TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

U.S. Bank, National Association
10-74656 / xxx699

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Brandy Scott Ennis<br><br><br>Debtors. | 10-26771-mkn<br><br>Motion No. 24<br>Date: 3/9/11<br>Time: 1:30 pm<br><br>Chapter 7 |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Notice is hereby given that the Motion for Relief from the Automatic Stay of Secured Creditor U.S. Bank, National Association filed on February 2, 2011 is hereby withdrawn.

The Debtor is on a trial repayment plan with Secured Creditor.

DATED this ____ day of _____, 2011.

TIFFANY & BOSCO, P.A

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

U.S. Bank, National Association
10-74656 / xxx699

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 10-26771-mkn |
| Brandy Scott Ennis | Motion no. 24<br>Date: 2/2/11<br>Time: 1:30 |
| Debtors. | Chapter 7 |

## CERTIFICATE OF MAILING OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On 2/23/2011 I served the following documents(s):

WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X **a. ECF System**

    Ryan J. Works
    2300 W. Sahara Ave.
    Suite 1000
    Las Vegas, NV 89102
    Attorney for Debtor

    William A. Leonard
    6625 S. Valley View #224
    Las Vegas, NV 89119
    Trustee

**X  b. United States mail, postage fully prepaid:**

Brandy Scott Ennis
4904 Lonesome Spur Ave.
Las Vegas, NV  89131
Debtors

U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301
Movant

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐  **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: __2/23/11__

_____
An employee of Tiffany & Bosco, P.A